UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ERIC JOHNSON,                                               :
:
                       Plaintiff,              :
:     21-CV-8018 (VSB)
        -against-                                :
:     **ORDER**
REVOLT MEDIA & TV, LLC,                                     :
:
                       Defendant.              :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement in principle.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within 45 days.

      The Clerk of Court is respectfully directed to close the open motion at Docket 18.

SO ORDERED.

Dated: February 24, 2022
       New York, New York

                                                             _____
                                                             Vernon S. Broderick
                                                              United States District Judge